IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGER F. DURONIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-169J |
| ) | JUDGE GIBSON |
| B.O.P. DIRECTOR ALBERTO ) | MAGISTRATE JUDGE CAIAZZA |
| GONZALES, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM ORDER**

Roger F. Duronio's civil rights complaint pursuant to <u>Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971) was received by the Clerk of Court on July 6, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on February 15, 2008, recommended that the Defendants' Motion for Summary Judgment (Doc. 17) be granted, and that the Plaintiff's Motion to Stay (Doc. 21) be denied. The parties were allowed ten days from the date of service to file objections. Duronio filed objections on February 28, 2008.

After <u>de novo</u> review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 20th day of March, 2008,

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by the Defendants (Doc. 17) is GRANTED.

IT IS FURTHER ORDERED that the Motion to Stay (Doc. 21) filed by the Plaintiff is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 22), dated February 15, 2008, is adopted as the opinion of the court.

Kim R. Gibson
U.S. District Court Judge

cc:
ROGER F. DURONIO
25223-050
FCI Loretto
P.O. Box 1000
Loretto, PA 15940